Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
JANET S, DENMAN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANET S, DENMAN, | Case No.: 2:16-cv-00104-GMN-PAL |
| Plaintiff, | UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Plaintiff Janet S. Denman ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to August 26, 2016; and that Defendant shall have 30 days or until September 26, 2016, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due October 17, 2016.

An extension of time for plaintiff is needed due to a serious illness.  The spouse of the associate in Counsel's firm who this matter is assigned is dealing with

-1-

1  his Spouse's terminal illness which has unexpectedly worsened in the last few
2  weeks.  Subsequent to a surgical procedure on July 6, 2016 to remove tumors in
3  the spine/hip as a result of stage 4 breast cancer, Counsel's spouse was not
4  discharged until July 9, 2016 and then Counsel's spouse was re-admitted to the
5  hospital for 5 days on July 15, 2016 due to complications arising from the July 6th
6  surgery.  Counsel's spouse was also recently admitted on August 1, 2016 and then
7  discharged on August 5, 2016, to provide treatment for intractable pain related to
8  the terminal illness.  Counsel sincerely apologizes to the court for any
9  inconvenience this may have had upon it or its staff.

10      Counsel for defendant has indicated, via e-mail, that this motion to extend
11  the time to file is not opposed.

12  DATE: August 15, 2016,          Respectfully submitted,

14                  ROHLFING & KALAGIAN, LLP

15                       /s/ *Marc V. Kalagian*
                    BY: _____
16                       Marc V. Kalagian
                         Attorney for plaintiff JANET S, DENMAN

18  DATED:  August 15, 2016          Daniel G. Bogden
19                                   United States Attorney

21  IT IS SO ORDERED this            */S/   April A. Alongi
    23rd day of August, 2016.
22                                   _____
                                     April A. Alongi
23  _____          Special Assistant United States Attorney
    Peggy A. Leen                    Attorney for Defendant
24  U.S. Magistrate Judge            [*Via email authorization]

25

26

-2-