Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
JANET S, DENMAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANET S, DENMAN, | Case No.: **2:16-cv-00104-GMN-PAL** |
| Plaintiff, | UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

      Plaintiff Janet S. Denman ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to October 19, 2016; and that Defendant shall have 30 days or until November 18, 2016, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due December 9, 2016.

      An extension of time for plaintiff is needed due to a serious illness.  The spouse of the associate in Counsel's firm who this matter is assigned is dealing with

his Spouse's terminal illness which has unexpectedly worsened in the last few weeks as noted in the prior request for more time.  Counsel has been required to devout time to planning and managing the transition to end of life care for his spouse.  Counsel required time to deal with this change in condition and has taken steps to secure the at home hospice level care which his spouse now requires in order to better allow him to attend to his professional obligations. Plaintiff's request to extend the briefing schedule is not opposed by defendant as indicated via email by defendant's Counsel. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: September 28, 2016,     Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY:_____
Marc V. Kalagian
Attorney for plaintiff JANET S, DENMAN

DATED:  September 28, 2016    Daniel G. Bogden
United States Attorney

*/S/   April A. Alongi
_____
April A. Alongi
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_ September 30, 2016          ___

-2-